

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00185-CV

| | | |
|---|---|---|
| GABRIEL SANCHEZ, Appellant | § | On Appeal from the 348th District Court |
| v. | § | of Tarrant County (348-324573-21) |
| SPIRAL DINER & BAKERY, JOHN DOE, JANE DOE, AND MANAGER JANE DOE, Appellees | § | July 14, 2022 |
| | § | Memorandum Opinion by Justice Wallach |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Mike Wallach_____
    Justice Mike Wallach